[No. 72463-1-I.   Division One.   August 31, 2015.]

ELVIRA DAVISON, *Respondent*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Appellant*.

by unpublished opinion per Becker, J., concurred in by Appelwick and Dwyer, JJ.

[No. 45579-0-II.   Division Two.   September 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON GUSTER CLOUD, *Appellant*.

by unpublished opinion per Lee, J., concurred in by Maxa and Sutton, JJ.

[No. 45733-4-II.   Division Two.   September 1, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID LEE NEASE, *Appellant*.

by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.

[No. 45956-6-II.   Division Two.   September 1, 2015.]

*In the Matter of the Marriage of* PATRICIA MCCARTHY, *Respondent*, and FEARGHAL MCCARTHY, *Appellant*.

by unpublished opinion per Sutton, J., concurred in by Johanson, C.J., and Bjorgen, J.